■ Thomas Murphy et al., Appellants-Respondents, v General Motors Acceptance Corporation, Also Known as GMAC, et al., Respondents-Appellants, and Richard I. Steely, Respondent.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Cook, J. (Appeals from order of Supreme Court, Erie County, Cook, J.—partial summary judgment.) Present—Dillon, P. J., Denman, Boomer, Pine and Balio, JJ.